UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 25-148 (DSD/DTS)

United States of America,

       Plaintiff,

v.                           **ORDER**

Martin Pliego-Torres

       Defendant.


This matter is before the court upon the report and recommendation by United States Magistrate Judge David T. Schultz dated August 14, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 28] is adopted;

2. The motion to dismiss [ECF No. 26] is granted; and

2. This action is dismissed without prejudice.


Dated: August 28, 2025

                                       s/David S. Doty
                                       David S. Doty, Judge
                                       United States District Court